**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JESSICA WILLIAMSON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-01532-ADA-ML** |
| | § | |
| **BAKERRIPLEY,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 15. Judge Lane recommends that this Court **GRANT** Defendant's Motion to Dismiss (Dkt. 7) and that Plaintiff's Complaint be **DISMISSED WITHOUT PREJDICE.** *Id.* at 7. The report was filed on February 6, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 14, 2026. Dkt. 17. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 15), Plaintiff's objections (Dkt. 17), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate

Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 15) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 17) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 25th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE